447 A.2d 658

Kaye v. Kaye, Appellant.

 Argued April 7, 1981. Thomas A. Ditioe, for appellant; David Wagenseller, III, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

447 A.2d 658

McClintock v. Alkota Manu, Inc., et al.

Appeal of Alkota Manufacturing, Inc.

 Argued February 4, 1981. Sol H. Weiss, for appellant; Avram G. Adler, for McClintock, appellee; Robert Radano, for Silver, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment affirmed.